CRAWFORD ASSOCIATES, INC., Respondent, v. RALPH SGAMMATO and NUNZIO MARI, Appellants.— In an action to recover installments of interest on a bonded indebtedness, order of the City Court of Mount Vernon striking out the answer and granting judgment to plaintiff, and the judgment entered thereon, affirmed, with ten dollars costs and disbursements. No opinion. Johnston, Adel and Close, JJ., concur; Lazansky, P. J., and Taylor, J., dissent and vote to reverse the order and judgment and to deny the motion on the ground that, " where one contracts to pay a principal sum at a certain future time with interest, the interest prior to the maturity of the contract is payable by virtue of the contract, and thereafter as damages for the breach of the contract." (O'Brien v. Young, 95 N. Y. 428, 429, cited in Title Guarantee & Trust Co. v. 2846 Briggs Ave., 283 id. 512, at p. 517.) Such damages do not constitute a debt capable of a distinct claim and may only be recovered with the principal. (Cutter v. Mayor, etc., of N. Y., 92 N. Y. 166; Moers v. Norske Handelsbank, 191 App. Div. 114.)

WILLIAM CUMMINGS, Respondent, v. POIRIER & McLANE CORPORATION, Appellant.— In an action to recover on an alleged oral contract of employment, judgment of the City Court of Yonkers entered on the verdict of a jury in favor of plaintiff, reversed on the facts and a new trial ordered, costs to abide the event. The verdict is against the weight of the credible evidence, both on the issue of the making of an agreement to pay fifty-three cents per hour, and on the issue of plaintiff's conduct constituting a waiver of his right to demand additional compensation. Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ., concur.

VIOLA BENDE, Respondent, v. JOHN BENDE, Appellant.— Appeal from two orders of the Domestic Relations Court of the City of New York (Family Court), Queens County, dated and entered respectively, March 10 and March 31, 1941, each order requiring the appellant to pay to the respondent for the support of herself and child the sum of $100 per month, beginning on April 1, 1941, and the sum of $70 per month, beginning on October 1, 1941. Order entered March 31, 1941, affirmed. No opinion. Hagarty, Johnston and Taylor, JJ., concur; Lazansky, P. J., and Close, J., dissent and vote to modify the order by reducing the award to $60 a month, plus $150 for dental work. Appeal from order dated March 10, 1941, dismissed. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.